**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  10-cr-00612-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BIANCA SOTO,

    Defendant.

---

## JUDGMENT OF ACQUITTAL

---

    THIS MATTER having come on regularly for trial on November 13, 2012, before the Court, Judge Christine M. Arguello presiding, and a jury duly impaneled and sworn to try the issues herein; the trial having proceeded to conclusion and the jury having subsequently rendered its verdict finding Defendant Bianca Soto not guilty of Counts 3 and 4 of the Indictment, it is now

    ORDERED that Defendant Bianca Soto is acquitted of all charges against her and the Indictment is DISMISSED.

    DATED:  March   11  , 2013

                                      BY THE COURT:

                                      *Christine M Arguello*
                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge